# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00083-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDRA DEVON SMITH, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Addendum to Unopposed Motion to Continue Sentencing Hearing [Doc. 26].

The Defendant, through counsel, moves the Court for leave to file an Addendum under seal in this case. For grounds, counsel states that the addendum includes detailed sensitive information. [Doc. 26]. Upon review of the Defendant's Addendum, the Court finds that the addendum contains case specific information that is ordinarily sealed and inappropriate for public access.

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the

documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion on December 11, 2018, and it has been accessible to the public through the Court's electronic case filing system since that time. Further, the Defendant has demonstrated that the Addendum contains sensitive information concerning the Defendant and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information. Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the Addendum is necessary to protect the Defendant's privacy interests.

Accordingly, the Defendant's Motion to Seal is granted, and counsel shall be permitted to file an Addendum under seal.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal Addendum to Unopposed Motion to Continue Sentencing Hearing [Doc. 26] is **GRANTED**, and the Defendant's Addendum [Doc. 27] shall be filed under seal and shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

Signed: December 12, 2018

Martin Reidinger
United States District Judge